FILED
CLERK, U.S. DISTRICT COURT
JUN 22 2026
CENTRAL DISTRICT OF CALIFORNIA
BY JD DEPUTY

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,
Plaintiff,
vs.
Damon Ray Lopez
Defendant.

Case No.: 5:25-CR-00118-MRA

ORDER [OF DETENTION] AFTER HEARING HELD PURSUANT TO 18 U.S.C. § 3148 (B)

(Alleged Violation of Conditions of Pretrial Release)

A.

A warrant for arrest of the defendant for the alleged violation of conditions of pretrial release having been issued by Judge Ramirez Almadani, and the Court having conducted a hearing on the alleged violation(s),

B.

The Court finds

(1)

(A) (X) that there is probable cause to believe that the defendant has committed a Federal, State, or local crime while on release; or

(B) ( ) that there is clear and convincing evidence that the defendant has violated any other condition of release, specifically the following:

________________________________________

________________________________________

and

(2)

(A) ( ) that based on the factors set forth in 18 U.S.C. § 3142(g), there is no condition or combination of conditions of release that will assure that the defendant will not flee or pose a danger to the safety or any other person or the community; or

(B) ( ) that the defendant is unlikely to abide by any condition or combination of conditions of release.

and/or, in the event of (1) (A)

(3) (X) that the defendant has not rebutted the presumption that no condition or combination of conditions will assure that the person will not pose a danger to the safety of any other person or the community.

or

(4) ( ) that there are conditions of release that will assure that the defendant will not flee or pose a danger to the safety of any other person or the community, and that the defendant will abide by such conditions. See separate order setting conditions.

( ) This Order shall be stayed for 72 hours in order to allow the Government to seek review from the [assigned District Judge] [criminal duty District Judge].

or

C.

(X) IT IS ORDERED that the defendant be detained prior to trial.

DATED: 6/22/26

Karen E. Scott
KAREN E. SCOTT
UNITED STATES MAGISTRATE JUDGE